B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/07)   Case Number **09–10520–RGM**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation Publicly Held listed below was filed on January 23, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
MLBC, LLC
dba Sangold's Gourmet Bakery
PO Box 336
Leesburg, VA 20178

| | |
|---|---|
| Case Number: 09–10520–RGM<br>Office Code: 1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>26–2373319 |
| Attorney for Debtor(s) (name and address):<br>Thomas Mansfield Dunlap<br>Dunlap, Grubb & Weaver, PLLC<br>199 Liberty St. SW<br>Leesburg, VA 20175<br>Telephone number: (703) 777–7319 | Bankruptcy Trustee (name and address):<br>Kevin R. McCarthy<br>8180 Greensboro Dr. Suite 875<br>McLean, VA 22102<br>Telephone number: (703)770–9261 |

### Meeting of Creditors
Date: **March 4, 2009**                           Time: **10:00 AM**
Location: **115 South Union Street, Suite 206, Alexandria, VA 22314**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date: January 26, 2009 |

# EXPLANATIONS
B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1.

**PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624–9990 or by fax at (757) 624–9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: sewardt            Page 1 of 1              Date Rcvd: Jan 26, 2009
Case: 09-10520                Form ID: B9B             Total Served: 10
```

The following entities were served by first class mail on Jan 28, 2009.
```
db          +MLBC, LLC,   PO Box 336,   Leesburg, VA 20178-0336
aty         +Thomas Mansfield Dunlap,   Dunlap, Grubb & Weaver, PLLC,   199 Liberty St. SW,
             Leesburg, VA 20175-2715
tr          +Kevin R. McCarthy,   8180 Greensboro Dr. Suite 875,   McLean, VA 22102-3862
8689993     +CINTAS,   3951 DARTMOUTH COURT,   FREDERICK, MD 21703-7816
8689994     +CSI TRASH REMOVAL,   P.O. BOX 650490,   STERLING, VA 20165-0490
8689995     +DOMINION VA POWER,   P.O. BOX 26543,   RICHMOND, VA 23290-0001
8689996     +FRANK BROWN,   POPES HEAD ROAD,   CLIFTON, VA 20124
8689998      WACHOVIA CREDIT,   P.O. BOX 105204,   ATLANTA, GA 30348-5204
8689999     +WASHINGTON GAS,   101 CONSTITUTION AVE, NW,   WASHINGTON, DC 20080-0001
```

The following entities were served by electronic transmission on Jan 27, 2009.
```
8689997      EDI: TSYS2.COM Jan 26 2009 21:53:00      juniper,   P.O. BOX 13337,   PHILADELPHIA, PA 19101-3337
                                                                                              TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2009**                    **Signature:**    _Joseph Speetjens_